**Appeals dismissed and Memorandum Opinion filed March 12, 2024.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-23-00905-CR**
**NO. 14-23-00906-CR**

**QUISHAWN PERDUE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1650673 & 1657865**

## MEMORANDUM OPINION

A written request to withdraw the notices of appeal, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeals dismissed. We direct the clerk of the court to issue the mandates of the court immediately. Finally, appellant's counsel has requested permission to withdraw as attorney of record on these appeals. As

the motion does not contain contact information for appellant that would allow appellant to receive personal notice of this court's actions, we deny the request.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).